O'BRIEN *v.* CITY OF DETROIT,
DEPARTMENT OF STREET RAILWAYS.

CARRIERS—AUTOMOBILES—CONTRIBUTORY NEGLIGENCE—QUESTION FOR JURY.
   Trial judge's submission of issue of plaintiff's contributory negligence to jury *held,* not error on record presented in action arising from collision between plaintiff's car and defendant carrier's bus.

Appeal from Common Pleas Court of Detroit; Kent (George D.), J. Submitted Division 1 May 14, 1968, at Detroit. (Docket No. 3,674.) Decided June 10, 1968.

Declaration by Gladys A. O'Brien against City of Detroit, Department of Street Railways, and Alfonso D. Zammarelli for damages for personal injury. Verdict and judgment for plaintiff. Defendants appeal. Affirmed.

*Frances R. Avadenka,* for plaintiff on appeal.

*Manuel Zechman,* General Counsel and *Michael F. Peters,* for defendants.

---

REFERENCE FOR POINTS IN HEADNOTE
14 Am Jur 2d, Carriers § 1190.

PER CURIAM. The City of Detroit, Department of Street Railways, appeals a jury verdict of $2,000 in favor of Gladys A. O'Brien. An automobile driven by Mrs. O'Brien collided with a bus operated by one of defendant's drivers at an intersection regulated by neither sign nor traffic signal. The defendant asserts the trial judge erred in submitting the issue of plaintiff's contributory negligence to the jury and that he should have ruled the plaintiff contributorily negligent as a matter of law.

We have examined the record and have concluded that the trial judge did not err in submitting the issue of contributory negligence to the jury. *Ingram* v. *Henry* (1964), 373 Mich 453; *Clark* v. *Naufel* (1950), 328 Mich 249, 253.

Affirmed. Costs to appellee.

LEVIN, P. J., and HOLBROOK and BEER, JJ., concurred.